Mitchell B. Greenberg, Esq. (SBN 114878)
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050
Facsimile: 707-542-2589
Email: mgreenberg@abbeylaw.com

Attorneys for Secured Creditor
EXCHANGE BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>DENNIS EDWARD WOOD and<br>SUSAN LORENE WOOD,<br><br>Debtors. | Case No. 20-20995<br><br>DCN: AWW-1<br>Chapter 7<br><br>**STIPULATION FOR ORDER USING CASH COLLATERAL FOR PAYMENT OF INSURANCE PREMIUM**<br><br>*Hon. Christopher M. Klein* |

Secured Creditor Exchange Bank made several loans to Woodside Investments, Inc.("Woodside"). Woodside is a corporation owned primarily by Debtors' Dennis Edward Wood and Susan Lorene Wood's Rollover Business Startup 401K Plan. Said 401K Plan exists for the benefit of Debtors. Two of those loans are secured by three different instruments: (1) By deeds of trust recorded against real property commonly known as 12405 East Brant Road, Lockeford, California 95237 ("the Subject Property"), which property is owned by Woodside; (2) by commercial security agreements executed by Woodside, securing the outstanding balance against various personal property ("Subject Security Agreements"); and (3) by Debtors execution of personal guarantees to Exchange Bank.

The trustee has received certain account receivable funds from Debtors, which funds are Exchange Bank's cash collateral under the Subject Security Agreements. Said funds total

1

$29,828.71.

Debtors have filed a motion to consolidate several corporations into this instant bankruptcy, including Woodside (Docket #39). If the Court grants said motion, Woodside's property, including the Subject Real Property, will become property of the instant bankruptcy estate.

The property insurance on the Subject Property terminates as of May 1, 2020. Neither Woodside nor Debtors have funds to pay the premium on a renewed policy term for this property insurance. The parties to this Stipulation agree that it is in the best interests of Debtors, Exchange Bank, and the general unsecured creditors to protect the value of the Subject Property and to mitigate against an uninsured loss of the Subject Property.

Accordingly, the parties to this Stipulation believe it is in the best interests of Debtors, Exchange Bank, and the general unsecured creditors to authorize the payment, out of Exchange Bank's cash collateral, of the total sum of $12,088.49 to Wraith, Scarlett & Randolph Insurance Services for 6 months of property and liability insurance covering the Subject Property.

Accordingly, Exchange Bank, Debtors and the Trustee hereby stipulate to the following:

1. That account receivable funds paid by Debtors to the trustee, in the amount of $29,828.71, are properly characterized as cash collateral of Exchange Bank;

2. That the sum of $12,088.49 of this cash collateral be paid directly by the trustee to Wraith, Scarlett & Randolph Insurance Services for payment of the insurance premium for property and liability insurance on the Subject Property; and

3. That the remaining funds of $17,740.22 are to be paid by the trustee to Exchange Bank as its cash collateral.

**IT IS SO STIPULATED.**

Dated: April 28, 2020    ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By: /s/ Mitchell B. Greenberg
Mitchell B. Greenberg, Esq.
Attorneys for Secured Creditor
Exchange Bank

Dated: April 28, 2020    By: _____
Byron Lee Lynch, Esq.
Attorney for Debtors

Dated: April 28, 2020    By: /s/ Michael Dacquisto
Michael Dacquisto, Esq.
Attorney for Trustee Nicki Farris

STIPULATION FOR ORDER USING CASH COLLATERAL FOR PAYMENT OF INSURANCE PREMIUM

Dated: April 28, 2020     ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By: _____
Mitchell B. Greenberg, Esq.
Attorneys for Secured Creditor
Exchange Bank

Dated: April 28, 2020     By: */s/ Byron Lee Lynch*
Byron Lee Lynch, Esq.
Attorney for Debtors

Dated: April 28, 2020     By: _____
Michael Dacquisto, Esq.
Attorney for Trustee Nicki Farris

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, Santa Rosa, CA 95401
Telephone: (707) 542-5050   Facsimile: (707) 542-2589