# RELIEF FROM STAY SUMMARY SHEET

**\* \* \*　　INSTRUCTIONS ON FORM EDC 3-468-INST　　\* \* \***
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.

**DEBTOR:** Dennis and Susan Wood　　**CASE NO.** 20-20995-C-7

**MOVANT:** Balboa Capital Corporation　　**DC NO.** TJP-1

**HEARING DATE/TIME:** July 8, 2020 at 10:00 a.m., Ctrm 35, 6th Floor

**RELIEF IS SOUGHT AS TO:**

( ) REAL PROPERTY　　Assessor Parcel Number (APN): _____

(✓) PERSONAL PROPERTY　　If applicable, Vehicle Identification Number (VIN): _____

( ) STATE COURT LITIGATION

1. Address OR description of property or state court action: _____
   Kubota Trailblazer 325 Generator

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month (✓) Other

3. Verified appraisal filed? _____　　Movant's valuation of property: $ 20,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 18,040.00 | $ | $ | $ 18,040.00 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.
   _____　　$ _____
   _____　　$ _____
   _____　　$ _____
   　　　　　　TOTAL ALL LIENS　$ _____
   　　　　　　DEBTOR'S EQUITY　$ _____

6. Monthly payment is $ 2,255.00, of which $ _____ is for impound account. Monthly late charge is $ _____.
7. The last payment by debtor was received on 1/2020 and was applied to the payment due 1/2020.
8. Number of payments past due and amount: (a) Pre-petition _____ $ _____ (b) Post-petition 1 $ 2,255.00.
9. Notice of Default was recorded on _____. Notice of sale was published on _____.
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):

    (✓) § 362(d)(1)　　(✓) § 362(d)(2)　　( ) § 362(d)(3)　　( ) § 362(d)(4)

    (✓) Cause　( ) Inadequate protection　( ) Lack of equity　( ) Lack of insurance　( ) Bad faith

    (✓) Surrendered pursuant to Statement of Intention.　( ) Report of No Distribution has been filed.

    (✓) Other Debtors are not on title; Nondebtor entity is in default.

EDC 3-468 (Rev. 2/18)